LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JULIO MENDOZA MADRIGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JULIO MENDOZA MADRIGAL,<br><br>  Defendant. | Case No.: 2:21-cr-0110 DAD-2<br><br>AMENDED ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:    Hon. Dale A. Drozd<br>Date:     March 19, 2024<br>Time:     9:30 a.m. |

This matter is currently set for a Sentencing Hearing on March 19, 2024. Defendant Julio Mendoza Madrigal (hereafter Mr. Mendoza) is presently housed at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California. WBCF is 65 miles from defense counsel's downtown Sacramento office. Mr. Mendoza's primary language is Spanish. While his English language skills are good, he requires the assistance of a Spanish language interpreter for

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

court proceedings.  He further requests the assistance of a Spanish language interpreter for his probation interview.

Defense counsel is presently in a jury trial before Chief Judge Mueller in the matter of *United States v. Yandell, Sylvester, and Troxell,* Case No. 2:19-cr-0107 KJM.  The *Yandell* case appears to be proceeding ahead of schedule and is anticipated to be completed in early April 2024.  Scheduling a probation interview at WBCF with Mr. Mendoza, the probation officer, and a Spanish language interpreter before the start of the *Yandell* trial was complicated by defense counsel's trial preparations, particularly client visits at California State Prison, Sacramento, and a period of medical leave impacting the Probation Department's staffing.

Given Mr. Mendoza's location, the *Yandell* trial schedule, and the need for a Spanish language interpreter to assist Mr. Mendoza, defense counsel requires additional time to prepare for the Sentencing Hearing in this matter.  It is therefore requested that the Court vacate the Sentencing Hearing on March 19, 2024, and set a Sentencing Hearing on June 24, 2024.  The assigned probation officer has confirmed her availability on the requested date.  The government does not oppose the request.  The defense further requests to modify the Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

1. Draft Pre-Sentence Report Date:  May 13, 2024;

2. Informal Objections to Draft Pre-Sentence Report:  May 27, 2024;

3. Final Pre-Sentence Report Date:   June 3, 2024;

4. Motion for Correction Date: June 10, 2024; and

5.  Reply Date:  June 17, 2024

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

Act is not required.  Assistant U.S. Attorney Angela Scott has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED:  March 13, 2024

By  */s/ Todd D. Leras for*
ANGELA L. SCOTT
Assistant United States Attorney

DATED:  March 13, 2024

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JULIO MENDOZA MADRIGAL

## ORDER

The Sentencing Hearing, set for March 19, 2024, is vacated.  The Sentencing Hearing in this matter is continued to June 24, 2024, at 9:30 a.m.   The PSR Disclosure Schedule requested by the parties is adopted.

IT IS SO ORDERED.

Dated:  **March 14, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE