LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JULIO MENDOZA MADRIGAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JULIO MENDOZA MADRIGAL,<br><br>            Defendant. | Case No.: 2:21-cr-0110 DAD-2<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:     Hon. Dale A. Drozd<br>Date:      September 24, 2024<br>Time:     9:30 a.m. |

This matter is currently set for a Sentencing Hearing on September 24, 2024. Defendant Julio Mendoza Madrigal (hereafter Mr. Mendoza) requests to continue the Sentencing Hearing to October 15, 2024. The request for a continuance is based on the following stipulations between the parties, which constitute good cause for continuance of the Sentencing Hearing:

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

1. This Court granted the most recent request for continuance of the Sentencing Hearing, to September 24, 2024, by an Order issued on June 20, 2024. (ECF Entry 198 – hereafter "the Sentencing Order"). The Sentencing Order set out a modified Pre-Sentence Investigation Report ("PSR") Disclosure Schedule. The PSR Disclosure Schedule in the Sentencing Order set dates consistent with the requirements established by Rule 461 of the Local Rules of Practice for the United States District Court, Eastern District of California (hereafter "L.R.").

2. Counsel for the government and defense counsel filed timely Informal Requests for Correction to the Draft PSR to the Probation Department on August 27, 2024. Both the government and defense informal correction requests were sent via email to the assigned probation officer and supervising probation officer.

3. The Probation Department did not release the Final PSR until September 17, 2024 – two weeks after the Final PSR Disclosure date set in the Sentencing Order and as required by LR 461(c) ("Not less than twenty-one (21) days before the date set for the sentencing hearing, the probation officer shall submit the presentence report, including recommendations, to the sentencing Judge and make it available to counsel for the defendant and the Government.")

4. The Probation Department's late disclosure of the Final PSR did not include all the requested corrections requested by Defendant's counsel in his informal correction letter. Defense counsel intends to file a Motion for Correction. LR 461(d) requires that a Formal Motion for Correction be submitted "not less than fourteen (14) days before the sentencing hearing …" The Sentencing Order, consistent with LR 461(d),

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

required a Motion for Correction to be filed on or before September 10, 2024.  The Probation Department's late disclosure of the Final PSR and sentencing recommendations rendered impossible defense counsel's ability to comply with the Sentencing Order's deadline to file a Motion for Correction.

5. Mr. Mendoza is presently housed at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California.  WBCF is sixty-five miles from defense counsel's downtown Sacramento office.  Defense counsel, due to the Probation Department's late disclosure, has not had the opportunity to review the Final PSR and sentencing recommendations with Mr. Mendoza.

6. Mr. Mendoza's primary language is Spanish.  While his English language skills are good, he often requires the assistance of a Spanish language interpreter for court proceedings or to discuss complex legal matters.  A Spanish interpreter will likely be required to assist in review of the Final Pre-Sentence Investigation Report (PSR) and sentencing recommendations with Mr. Mendoza.

Given the late disclosure of the Final PSR and sentencing recommendations, along with Mr. Mendoza's location and need for potential assistance from a Spanish language interpreter, defense counsel requires additional time to prepare for the Sentencing Hearing in this matter.  It is therefore requested that the Court vacate the Sentencing Hearing on September 24, 2024, and set a Sentencing Hearing on October 15, 2024.  The assigned probation officer has confirmed her availability on the requested date.  The government does not oppose the request.

The defense further requests to modify the remaining Pre-Sentence Investigation Report (PSR) Disclosure Schedule as follows:

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

1. Motion for Correction Date: October 1, 2024; and

2. Reply Date: October 8, 2024

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Angela Scott has authorized Todd D. Leras via email to sign this stipulation on her behalf.

DATED: September 18, 2024

By  */s/ Todd D. Leras for*
ANGELA L. SCOTT
Assistant United States Attorney

DATED: September 18, 2024

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JULIO MENDOZA MADRIGAL

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

Given the above stipulations between the parties, and good cause appearing to exist, the Sentencing Hearing, currently set for September 24, 2024, is vacated. The Sentencing Hearing in this matter is continued to October 15, 2024, at 9:30 a.m. The partial PSR Disclosure Schedule modification requested by the parties is adopted. The parties acknowledge and understand that no further continuances of the Sentencing Hearing will be entertained absent the existence of good cause.

IT IS SO ORDERED.

Dated: **September 18, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
HEARING AND MODIFYING
PSR DISCLOSURE SCHEDULE